

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 3 2022
CLERK, U.S. DISTRICT COURT
By_____
  Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| DOUGLAS ARCIA-HERNANDEZ (01) | |

INDICTMENT  4-22CR-309-O

The Grand Jury Charges:

### Count One

Illegal Reentry After Deportation
(Violation of 8 U.S.C. § 1326(a) and (b)(2))

On or about August 19, 2022, in the Fort Worth Division of the Northern District of Texas, defendant **Douglas Arcia-Hernandez**, an alien, was found in the United States having previously been deported and removed from the United States on or about February 26, 2021, and the defendant had not received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

Indictment - Page 1 of 2

In violation of 8 U.S.C. § 1326(a) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: Levi.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

DOUGLAS ARCIA-HERNANDEZ (01)

INDICTMENT

8 U.S.C. § 1326(a) and (b)(2)
Illegal Reentry After Deportation
Count 1

A true bill rendered

FORT WORTH                                        FOREPERSON

Filed in open court this 13th day of October, 2022.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending